# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zive, Gregg W. | U.S. Bankruptcy Court - Nevada | 10/12/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S Courthouse
300 Booth Street, 5th Floor
Reno, NV 89509

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emeritus | University of Nevada, Reno Foundation |
| 2. | Advisory Board | ▓▓▓▓▓▓▓▓ |
| 3. | Board of Governors | ▓▓▓▓▓▓▓▓ |
| 4. | Limited Partner | ▓▓▓▓▓▓▓▓ |
| 5. | Successor Trustee | Trust #1 |
| 6. | Trustee | Trust #3 |
| 7. | Board of Directors | American Bankruptcy Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 10/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | SKBasketball Management LLC-scorekeeper | $375.00 |
| 2. | 2011 | Pacific Coast League-scorekeeper | $385.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | /Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | January 28, 2011 | Denver, CO | Conference | (transportation, meals and room) |
| 2. | American Bankruptcy Institute | March 30-April 3, 2011 | Washington, D.C. | Spring Meeting | (transportation, meals and room) |
| 3. | National Conference of Bankruptcy Judges | April 4-6, 2011 | Desert City, CA | Mid-Year Meeting | (transportation, meals and room) |
| 4. | State Bar of Arizona | June 16-18, 2011 | Tucson, AZ | Annual Meeting | (transportation, meals and room) |
| 5. | American Bankrupcty Institute | September 8-10, 2011 | Las Vegas, NV | SW Bankruptcy Conference | (transportation, meals and room) |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Zive, Gregg W. | 10/12/2012 |

| 6. | American Bankruptcy Institute | September 15-16, 2011 | Washington, D.C. | Views From The Bench | (transportation, meals and room) |
|---|---|---|---|---|---|
| 7. | National Conference of Bankruptcy Judges | October 10-15, 2011 | Tampa, FL | Annual Meeting | (transportation, meals and room) |
| 8. | Turnaround Management Association | October 25-27, 2011 | San Diego, CA | Conference | (transportation, meals and room) |
| 9. | American Bankruptcy Institute | November 30-December 2, 2011 | La Quinta, CA | Winter Conference | (transportation, meals and room) |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 10/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 10/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ⬚ Reno, Nevada | A | Interest | K | R | | | | | See comments (Part VIII) |
| 2.  Bank of America, Reno, NV | A | Interest | K | T | | | | | |
| 3.  Bank of America, Reno, NV | | None | J | T | | | | | |
| 4.  City National Bank Money Market, Reno NV | A | Interest | M | T | | | | | |
| 5.  ⬚ Profit Sharing Plan | | None | M | T | | | | | |
| 6.  Wells Fargo Advisors Rollover IRA | C | Dividend | M | T | | | | | |
| 7.  - Investment Co. of America | | | | | | | | | |
| 8.  - Wells Fargo Bank Deposit | | | | | | | | | |
| 9.  - Mutual Ser FD Inc Discovery Fund | | | | | | | | | |
| 10. Wells Fargo Advisors IRA | C | Dividend | M | T | | | | | |
| 11. -Wells Fargo Bank Deposit | | | | | | | | | |
| 12. - Lehman Bros. Holding | | | | | | | | | |
| 13. - Chevron Corporation (formerly Chevron/Texaco Corp) | | | | | | | | | |
| 14. - Franklin Real Estate Secs Tr | | | | | | | | | |
| 15. - Europacific Growth Fund | | | | | | | | | |
| 16. - Growth Fund America Inc (Class A) | | | | | | | | | |
| 17. - Growth Fund America Inc (Class C) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 10/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Mutual Ser FD Inc Discovery FD (Class C) | | | | | | | | | |
| 19. - RCM Global Technology Fund (Class C) | | | | | | | | | |
| 20. - Alger Health Sciences Fund (Class C) | | | | | | | | | |
| 21. Wells Fargo Advantage Muni Money Market | | None | J | T | | | | | |
| 22. Boeing Company | A | Dividend | J | T | | | | | |
| 23. Coca-Cola | A | Dividend | K | T | | | | | |
| 24. Eaton Vance Municipals Trust EV Classic Fund | B | Int./Div. | K | T | | | | | |
| 25. Eaton Vance Insured Muni Bond Fund | A | Interest | J | T | | | | | |
| 26. Blackrock FDS US Opportunities Port (Class C) | C | Dividend | K | T | | | | | |
| 27. Alger Cap Appreciation Fund Class C | | None | J | T | | | | | |
| 28. Dreyfus Int'l Funds | | None | | | Sold | 04/13/11 | J | A | |
| 29. Davis NY Venture Funds Class A | | None | | | Sold | 04/13/11 | J | A | |
| 30. Washington Mut Invs Fd Inc. Class F | | None | | | Sold | 02/24/11 | J | A | |
| 31. Blackrock Funds Mid Cap Value Equity Fund | | None | | | Sold | 04/13/11 | J | A | |
| 32. Delaware Group Equity FDS II Value Fund CL A | | None | | | Sold | 04/13/11 | J | | |
| 33. Harbor Fd Intl Fd Inv CL | A | Dividend | J | T | Sold (part) | 02/24/11 | J | | |
| 34. Harbor Fund Cap Appreciation Fd Inv CL | | None | | | Sold | 04/13/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 10/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Keystone Mutual Funds Large Cap Growth Fd CL A | | None | | | Sold | 04/13/11 | J | | |
| 36. T Rowe Price Blue Chip Growth Fd Inc | | None | | | Sold | 02/24/11 | J | | |
| 37. DWS Value Series Inc Small Cap Value Fd CL S | A | Dividend | | | Sold | 04/13/11 | J | A | |
| 38. AIM Sector Fds Invesco Van Kampen Comstock Fund CL A | | None | | | Sold | 02/24/11 | J | | |
| 39. Artio Global Invt Fds Intl Equity Fd | A | Dividend | J | T | | | | | |
| 40. Buffalo Small Cap Fd | | None | J | T | | | | | |
| 41. Hotchkis & Wiley Fds Diversified Value Fund | A | Dividend | J | T | | | | | |
| 42. MFS Ser Tr Value Fund Class W | A | Dividend | J | T | | | | | |
| 43. Pimco Fds Mgmt Ser Real Return Strat Fd | A | Dividend | J | T | | | | | |
| 44. Rainier Funds Md Cap Equity Portfolio | | None | J | T | | | | | |
| 45. Touchstone Instl Fds Tr Sands Cap Instl Growth | | None | J | T | | | | | |
| 46. WT Mut Fd Crm Mid Cap Value Fd Instl | A | Dividend | J | T | | | | | |
| 47. Janus Invt FD Flexible BD FD Class I | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 48. Lazard Developing Markets Equity CL | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 49. Oppenheimer Intl Growth FD Class Y | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 50. Pimco FDS Pac Invt Mgmt Series Total Return | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 51. Pioneer Fund Class Y | A | Dividend | J | T | Buy | 02/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 10/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Stratton FDS Inc Small Co Oppty CL I | | None | J | T | Buy | 02/28/11 | J | | |
| 53. Victory Portfolios Small Co Oppty CL I | A | Dividend | J | T | Buy | 02/28/11 | J | | |
| 54. Wells Fargo FDS TR Advantage FD CL I | | None | J | T | Buy | 02/28/11 | J | | |
| 55. ▨▨▨▨▨▨ | | None | J | T | | | | | |
| 56. Bond Fund of America | A | Dividend | K | T | | | | | |
| 57. Trust #1 | B | Int./Div. | M | | | | | | See Comments (Part VIII) |
| 58. - Nevada State Bank | | | | T | | | | | |
| 59. - Notes Receivable (Matthew & Beverly Bayan) | | | | T | | | | | |
| 60. Trust #3 | D | Int./Div. | N | | | | | | See Comments (Part VIII) |
| 61. -City National Bank Money Mkt, Reno NV | | | | T | | | | | |
| 62. -Mutual of Omaha Bk CD | | | | T | | | | | |
| 63. - Brokerage #1 | | | | T | | | | | |
| 64. -Money Market Fund-Stifel Nicolaus | | | | | | | | | |
| 65. - Franklin Cust FDS Income US Govt Ser Class A | | | | | | | | | |
| 66. - Franklin Income Fund CL A | | | | | | | | | See Comments (Part VIII) |
| 67. - Nuveen Insured Municipal Bond Fd Class A | | | | | | | | | |
| 68. - Eaton Vance Insured Municipal Bond Fd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 10/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Pimco Muni Income Fd III | | | | | | | | | |
| 70. - Nuveen Tax Free Unit TR National Insd Ser 464 | | | | | Redeemed (part) | 10/15/11 | J | | |
| 71. | | | | | Redeemed (part) | 12/15/11 | J | | |
| 72. - Nuveen Tax Free Ins National Unit 456 | | | | | | | | | |
| 73. - Nuveen Tax Free Unit Tr Insd Natl Ser 373 | | | | | Redeemed | 02/15/11 | J | | |
| 74. - Nuveen Tax Free Unit TR Insd Natl Unit Ser 443 | | | | | Redeemed (part) | 01/15/11 | J | | |
| 75. | | | | | Redeemed (part) | 03/15/11 | J | | |
| 76. - Mutual of Omaha Bank, Reno NV | | | | T | | | | | |
| 77. Nevada State Bank, Reno, NV Money Market | A | Interest | L | T | | | | | |
| 78. Nevada State Bank, Reno, NV Time Investement CD | A | Interest | L | T | | | | | |
| 79. RBC Dain Rauscher IRA | C | Int./Div. | M | T | | | | | See Comments (Part VIII) |
| 80. | D | Distribution | | | | | | | |
| 81. -Tamarack Invt FDS Prime Money Market | | | | | | | | | |
| 82. -Invesco (previously AIM) Select Real Estate Income Fund | | | | | | | | | |
| 83. - Growth Fund of America | | | | | | | | | |
| 84. - Franklin Templeton Funds Mutual Beacon | | | | | | | | | |
| 85. - Henderson Global Intl Opps | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 10/12/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Franklin US Gov Sec Series | | | | | | | | | |
| 87. - US Treasury Bonds Moody AAA | | | | | | | | | |
| 88. - Keycorp Capital VIII | | | | | Sold | 09/01/11 | J | | |
| 89. - Franklin Founding FD Alloc A | | | | | | | | | |
| 90. - Seligman Communications & Info C | | | | | | | | | |
| 91. | None | J | T | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 10/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Line 1. 6.25 % limited partnership interest; apartment complex. Original purchase price of $50,000 in April 1994.

VII. Line 57. Became a successor trustee for this trust in 2006. Beneficial interest in this trust is 25%. Column C and D for trust assets are reported at 100%, and income reported in column B is reported at the beneficial interest of 25%.

VII. Line 60. This trust was created February 12, 2007. 100% beneficial interest in this trust.

VII. Line 66. Formerly known as Franklin Custodian FDS Income FD Class B. A share class exchange occured on 6/30/2011.

VII. Line 79. Beneficiary of this decedent IRA from which Required Minimum Distributions (RMD) are required to be taken annually.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregg W. Zive**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544